### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**,<br><br>v.<br><br>[1] YAMIL VARGAS-SANTIAGO<br><br>**Defendant(s).** | Case No. 3:21-cr-00253 (FAB) |

### ORDER

The Report and Recommendation filed on August 5, 2021, ECF No. 10 on defendant's Rule 11 proceeding held before Magistrate Judge Marcos E. Lopez on July 22, 2021, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the information. Accordingly, the guilty plea of defendant as to count 1 of the Information is accepted. This case was referred to the Probation Office for preparation of a Presentence Investigation Report on July 22, 2021.

**Sentencing hearing reset for October 21, 2021 at 9:00 a.m. using VTC.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of August 2021.

s/Francisco A. Besosa
FRANCISCO A. BESOSA
United States District Judge